UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASSHA JASON,

                    Plaintiff,

          -against-

VERNON L. BESLOW III; JUDGE
JOSEPH J. ELLIS; JUDGE RICARDO
RIGUAL; JUDGE GEORGIA K. SUTTON;
VALERIE JEAN MAYO,

                    Defendants.

21-CV-9508 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

          Plaintiff, who is appearing *pro se*, brings this action under the Court's federal question jurisdiction, alleging that Defendants violated her rights in the course of her child custody proceedings. The Court dismisses the complaint for the following reasons.

          Plaintiff has previously submitted to this court a substantially similar complaint against Defendants in which she alleges identical facts. That case is presently pending before the Court under docket number 21-CV-9520 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 21-CV-9520 (LTS).

**CONCLUSION**

          The Court dismisses the complaint as duplicative of Plaintiff's pending case under docket number 21-CV-9520 (LTS).

          The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 1, 2021
       New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                        Chief United States District Judge